# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA
v.
**QUETZALLI MAGANA**
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)
Criminal Number: **2:08CR00274-01**

Lexi Negin, Assistant Federal Defender
Defendant's Attorney

**THE DEFENDANT:**

[✔] admitted guilt to violation of charge(s) 1, 2, and 3 as alleged in the violation petition filed on September 10, 2008.
[ ] was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | Failure to Truthfully Answer all Inquiries by the Probation Officer and Follow the Instructions of the Probation Officer | 03/04/2008 |
| 2 | Failure to Pay Restitution | 03/21/2007 - 09/23/2008 |
| 3 | Failure to Participate in Mental Health counseling | 03/04/2008 - 09/23/2008 |

The court: [ ] revokes: [ ] modifies: [✔] continues under same conditions of supervision heretofore ordered on March 21, 2007.

The defendant is sentenced as provided in pages 2 through 1 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[✔] Charge 4 is dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

February 18, 2009
Date of Imposition of Sentence

*[signature]*
Signature of Judicial Officer

**LAWRENCE K. KARLTON**, United States District Judge
Name & Title of Judicial Officer

February 20, 2009
Date